Gwillym, Appellant, *v.* De Lauritis.

Argued November 8, 1943. Before KELLER, P. J., BALDRIGE, STADTFELD, RHODES, HIRT, KENWORTHEY and RENO, JJ.

*F. S. Riordan,* for appellant

No appearance was entered nor brief filed for appellee.

PER CURIAM, November 17, 1943:

This case is governed by the construction to be given the following clause of Harry Gwillym's will:

"In case of death everything I own or have a part in goes to Margaret Gwillym to have and to hold until death".

If the clause had read, "In case of death everything I own or have a part in goes to Margaret Gwillym to have and to hold during the term of her natural life", it certainly would have passed only a life estate in the testator's realty.

We think the limitation, "until death", is the equivalent of "during the term of her natural life". No other construction can reasonably be made.

Judgment affirmed.